1

2

3

4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5

6    LISA HANIGAN,

7                          Plaintiff,

8              vs.

9    CITY of KENT, et al.,

10                          Defendant.

11

C06-176 JLR

**MINUTE ORDER**

**REASSIGNING CASE**

12

13

14         Pursuant to the Amended General Order entered by the Chief Judge on

15   November 3, 2004, this action has been reassigned to the Honorable James L. Robart, United

16   States District Judge.

17         All future documents filed in this case must bear the cause number C06-176 JLR and bear

18   the Judge's name in the upper right hand corner of the document.

19

20

21

22

23                          Dated this 22nd day of March, 2006

24

25                          BRUCE RIFKIN
                            Clerk of Court

26

27                          by: /s/   PETER H. VOELKER
                                  Peter H. Voelker, Deputy Clerk

28